Derrica Washington

9031 S Muskegon

Chicago Illinois 60617

(773)732-5865

Student Borrower

Clerk of the Court

United States District Court

Northern District Court of California

450 Golden Gate Avenue

San Francisco, California 94

My experience with Robert Morris College USA Group and Chase bank lender. The collection of this loan along with many others is hostile debt collection. Disruptive behavior and concentrate on personal finances rather than an education. Being unable to secure adequate employment from trainee to temp to term to trainee. And despite this having to pay back a student loan. My loan according to Chase was never secured by the ED and they asked for full payment. Communicated to Robert Morris College that they hadn't received payment and asked them to pay. Filed bankruptcy when the loan discharged it became a Federal debt and non- dischargeable. USA Group guaranteed the loan but I question as to when. At the time that I filed it was communicated to me by a fellow student that Chase/USA Group's loans had been cancelled. Mine was not and further debt collection attempts were made. I attempted to reenroll in school not Robert Morris and was listed as eligible to receive financial aid through FAFSA but on the bottom of the FAFSA it said loan held by USAF/USA Group. When talking to FSA they said they needed my discharge papers and further debt collections were made. I contacted the ED Ombudsman loan cancellation was never discussed by either party and I paid the loan. The ombudsman did verify that the ED had no Stafford loan information no in-school subsidy no record of Robert Morris cancelling loans but subrogated the loan to the ED anyway. I would say this resulted in lack of legal representation. I questioned the signatures on the promissory note because on the master promissory note there was no address listed by Chase and PO box on the second. All kept hearing was pay back. My issue with borrower defense is whether or not the promissory note was issued by the ED? Was this a Federal debt? Why was I given an Indiana guarantor? And why wasn't my loan cancelled with the others? Seeking cancellation and money returned.

Sincerely

Derrica Washington

# USA FUNDS Application and Promissory Note for a Guaranteed Student Loan

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

SH-N-000000-01 D

## SECTION I—TO BE COMPLETED BY THE STUDENT—READ THE INSTRUCTIONS

1. Social Security Number: 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
2. Last Name: WASHINGTON   First: DERRICA   MI: 
3. Birthdate: 02-05-67
4. Permanent Home Address: 6745 S. LANGLEY   Apt No 3
   City: CHICAGO, IL   State: IL   Zip: 60637
5. Area Code/Phone No for Item 4: (312) 649-2208
6. U.S. Citizenship Status: 1 ☒ Citizen or National
7. Your Dependents Number: 0   Ages: 
8. Permanent Resident of State Code: IL   Since: 02-67
9. Intended Enrollment Status: 1 ☒ Full-time
10. Major Course of Study Code: 1015
11. While in School, You Intend to Live: (Check One) 1☐ With Parents  2☐ On Campus  3☐ Off Campus
12. Prior to the academic year for which this loan is requested, have you ever been enrolled in any school beyond the high school level? 1 ☒ Yes  2 ☐ No
13. Requested Loan Amount: $2625.00
14. Loan Period: From 03/87 To 04/88
15. Have you ever defaulted on an education loan? 1 ☐ Yes  2 ☒ No
16. Do you have any outstanding education loans? 1 ☐ Yes  2 ☒ No
    - 16A Total unpaid balance: $0.00
    - 16B From __ To __
    - 16C Grade level: 
    - 16D Interest rate: %
    - 16E Unpaid balance: $0.00

17. References:
    | Name | Street, City, State, Zip | Area Code-Phone No | Employer |
    |---|---|---|---|
    | LAVON CORNELIUS | 8819 S. COTTAGE GROVE Chi, IL | 312 873-6586 | EUROPEAN STUDIES |
    | ROBERT FERGUSON | 745 E. 75th STREET Chi | 312 651-3669 | SELF-EMPLOYED |

18. Name and Address of Lender Who will Process this Loan: CHASE MANHATTAN

## Promissory Note for a Guaranteed Student Loan

I. Promise To Pay I, the undersigned student borrower identified in Section I, Item 2, (and any cosigner signing with the student borrower) promise to pay to you or your order when this note becomes due as set forth in Paragraph II, the sum of

**Two thousand six hundred twenty five** Dollars

19A Requested Loan Amount—Must be the Same as Item 13

($2625.00) or such loan amount as is advanced to me and identified to me in the Notice of Loan Guarantee and Disclosure Statement, plus interest as set forth in Paragraph III, and any other charges which may become due as provided in Paragraph VI. If I fail to pay any of these amounts when they are due, I will pay all charges and other costs, including the fees of an outside attorney and court costs that are permitted by Federal law and regulations for the collection of this loan, which you incur in collecting this loan. (See Paragraphs II, III, VI on the other side.) My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side.

18B Student Borrower Signature: /s/ Derrica Wash.   Date: 6/9/87

18C Cosigner (if any) Signature: _____   Date: _____

Cosigner street address, city, state, zip

**NOTICE TO STUDENT AND COSIGNER:** Terms of the Promissory Note continue on the reverse side.

## SECTION II—TO BE COMPLETED BY THE SCHOOL—INSTRUCTIONS ON REVERSE SIDE OF SCHOOL COPY

20. Name of School: ROBERT MORRIS COLLEGE
21. Address: College Avenue   City: Carthage, IL   State: IL   Zip: 62321   (217) 357-2121
22. Loan Period (Mo/Day/Yr): From 03/30/87 To 12/19/87
23. Grade Level Code: 11
24. Anticipated Completion Date: Mo 03 Yr 88
25. School Code: 001746
26. Area Code/Phone No: 
27A Dependency Status: 1 ☐ Dependent  2 ☒ Independent
27B Adjusted Gross Income: $3000
28. Estimated Total Cost of Education for Loan Period: $11,234
29A Financial Aid for Loan Period: $4166
29B Expected Family Contribution: $900
30. Difference (Item 28 Less Items 29A and 29B): $6168

32. My signature below certifies that I have read, and agreed to the "School Certification" on the reverse of the school copy.
Signature of Authorized Financial Aid Administrator: /s/ _____
Print or Type Name and Title: EDWARD A. MELKA, Senior Financial Aid Advisor
Date: JUL 21 1987

## SECTION III—TO BE COMPLETED BY THE LENDER

33. Name of Lending Institution: 
34. Address: 
    City: _____   State: _____   Zip: _____
35. Area Code/Phone No: 
36. Lender Code: 807807
37. Loan Disbursement Date(s):
    #1 __/__/__
    #2 __/__/__
    #3 __/__/__
38. Loan Amount(s):
    $ _____
    $ _____
    $ _____
39. Total Amount Lender Approves: $2625
39A Maturity Date: Mo __ Yr __
39B Interest Rate: __%
39C Total Fee: $ _____
40. Signature of Authorized Lending Officer: /s/ Anthony Carlone
Print or Type Name and Title: _____
Date: 7/30/87

©Copyright 1985 USA Funds, Inc. All rights reserved.   Detach copies A, B, and C from the booklet.   DMS ORIGINAL   LENDER COPY A

# UNITED STUDENT AID FUNDS, INC.
## Application and Promissory Note for a Guaranteed Student Loan

04-0001
118
SH- N-000000-01 D

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

### SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

- **1A Social Security Number:** 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
- **1B Correct Item 1A in this space:** —
- **2A Last Name, First, M.I., Permanent Home Address:** WASHINGTON DERRICA, 6745 SOUTH LANGLEY, CHICAGO ILLINOIS 60637
- **2B Correct Item 2A in this space — Name:** D; Address: —; City, State, Zip: —
- **3 Birthdate:** 07-25-67
- **4 Driver's License State:** IL **No** W252-1726-7656
- **5 Area Code/Phone No:** 312 651-3669
- **6 U.S. Citizenship Status:** ☒ 1 Citizen  ☐ 2 Non-Citizen  Alien ID No: —
- **7 References:**
  - A. ROBERT FERGUSON, 745 E. 75TH STREET, CHICAGO IL 60619, 312 651-3669, Employer: SELF
  - B. BRENDA CORNELIUS, 8819 S. COTTAGE GROVE, CHICAGO ILLINOIS 60619, (312) 873-6536, EUROPEAN STUDIES
  - C. ORLEE STOVALL, 11756 CHICAGO STATE, (312) 233-4787, NATIONAL AIR COMMUNICA.
- **8 Intended Enrollment Status:** ☒ 1 Full-time  ☐ 2 At least half-time
- **9 Major Course of Study:** Computer Sci
- **10 Requested Loan Amount:** 1634 00
- **11 Loan Period For this Loan:** 1-4-88 From 1-4-88 To 3-26-88
- **12 Have you ever defaulted on an Education Loan?** ☐ 1 Yes  ☒ 2 No
- **13 Do you have any unpaid student loans?** ☒ 1 Yes  ☐ 2 No (wait: checked)
- **13A Total unpaid balance of your most recent GSL:** 2625 00
- **13B Interest rate on your most recent GSL:** 8 %
- **13C Grade level of your most recent GSL:** 1
- **13D Beginning and ending dates of your most recent GSL:** From 3-87 To 12-87
- **13E Total unpaid balance of all your GSL/SLS/ALAS/PLUS Loans or any portion of these loans included in your Consolidation Loan:** 2625 00
- **14 Name and Address of Previous Lender:** Chase PO Box 5148 NY 11042

FILLED AUG 30 1990

### Promissory Note for a Guaranteed Student Loan

**1. Promise To Pay.** I, the undersigned borrower promise to pay you or your order when this note becomes due a sum certain equal to the loan amount I have requested in Section I, Item 10 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph VI. My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the application booklet.

I understand that this is a promissory note. I will not sign this Promissory Note before reading it including the writing on the reverse side. As a borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the borrower, acknowledge that I have received an exact copy of this note.

**19A X** Derrica Washington   **Date:** 10-20-87

Notice to Student: Terms of the Promissory Note continue on the reverse side.
Retain Copy D for your records.

### SECTION II — TO BE COMPLETED BY THE SCHOOL

- **20 Name and Address of School:** ROBERT MORRIS COLLEGE, College Avenue, Carthage, IL 62321, (217) 357-2121
- **21 School Code:** 001746
- **22 Area Code/Phone No:** —
- **23A Grade Level Code:** 2
- **23B Correct Item 23A in this space:** —
- **24A Anticipated Completion Date:** 3 88
- **24B Correct Item 24A in this space:** —
- **25 Enrollment Period Covered by Loan:** 1-4-88 to 3-26-88
- **26 Family Adjusted Gross Income:** 4,518 00
- **27 Estimated Cost of Attendance For Loan Period:** 3,542 00
- **28 Estimated Financial Aid for Loan Period:** 1,733.00
- **29A Expected Family Contribution:** 275 00
- **29B Correct Item 29A in this space:** —
- **30 Difference (27 minus the sum of 28 plus 29):** 1,534 00
- **31 Recommended Disbursement Date:** SP
- **32** I have read and understand the terms of the school certification printed on the back of the application. **Signature of Authorized Fin. Aid Director:** Shawn Redwell **Type or Print Name and Title:** Shawn Redwell F.A. Advisor **Date:** 10/28/87

### SECTION III — TO BE COMPLETED BY THE LENDER

- **34 Name and Address of lending Institution:** THE CHASE MANHATTAN BANK, N.A., P.O. BOX 5148, NEW HYDE PARK, NEW YORK 11042
- **35 Loan Amount Approved:** 1534 00
- **36 Interest Rate:** —
- **37 Fee:** —
- **38 Lender Code:** 807807
- **39 Anticipated Disbursement Date(s):** —
- **40 Signature of Authorized Lending Official:** [signature] **Type or Print Name and Title:** —  **Date:** 1/4/88
- **41 Area Code/Phone No:** 800-645-8246
- **42 For Lender Use Only:** —

DMS ORIGINAL

© Copyright 1987 USA Funds, Inc. All rights reserved
This form is to be used only by USA Funds, Inc. or the guarantor it serves as identified above
LENDER COPY A

Student Borrower
America Resolution Law
9031 S. Muskegon
Chicago IL 60617

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco California 94102