Frank Castro
6820 SW 155th Avenue
Miami, FL 33193

June 06, 2020

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

C20-1889EJD

FILED
JUN 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear Clerk of the Courts,

I am writing to you so this can be used at the hearing taking place on October 1, 2020, beginning at 8a.m. Pacific time. In 2011 & 2012 I attended ATI Career Training Center. I graduated in 2012 as a Master Technician. The school was closed down due to fraudulent activity and never received my Diploma. This loan really affected me as I had to continue paying without being able to get a job in the automotive field because I had no Diploma or credentials to support what I had on my resume based on the classes I took. I would continuously call for an update and was unable to speak with someone to help me. They kept putting me on hold and the call would drop. This carried on for a few months until I decided to drive to the property. When I arrived there was a sign that said they were closed and to call the customer service line for any inquiries. Basically I was unable to get help.

After continuously paying for my loan and not being able to find a career placement in this field, I ran into financial problems. So I desperately turned to the Web and found out that they agreed to pay $3.7 million to the government to settle whistleblower fraud claims. ATI agreed to the payout while denying accusations. As soon as I found out about this, I filed for Borrower Defense. The account was put on forbearance accruing interest now for a few years. This has affected me all around and is still affecting me financially.

Every time I try and take out any loan this is putting me in a high dept to income ratio. I even lost the ability to refinance my mortgage for a lower rate because of this dept. This took me down a bad path leading me to almost losing my home as I could not pay the high mortgage nor, refinance for a lower rate. Again this has really impacted my financial life all around and has caused me lots of grief.

I would ask the court to please help me with this loan. I was never given my Diploma and could never seek out a career in Automotive Mechanics to better my life because of this. It was approximately a $26,000 dollar loan for which I have paid around $16,000 dollars and owe around $10,000 dollars to fulfill the loan. What I am seeking is for the loan to be paid in full and the money I have paid refunded back to me. Thank you for your time and listening to my case.

Sincerely,
Frank Castro

Frank Castro
6820 SW 155 Ave.
Miami, FL 33193

Clerk of The Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

7020 0090 0001 9259 9548

9410 2334 89 0004



US POSTAGE PAID
FCM LETTER
MIAMI, FL
JUN 22 '20
AMOUNT
$4.10
R2305K139544-06

CERTIFIED MAIL

7020 0090 0001 9259 9

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES POSTAL SERVICE