C20-1889EJD

To the U.S. Department of Education

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

FILED
JUN 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

My name is Michael Truitt and I have been a student at Suburban Technical School for only a short period of time. Throughout this short stay at the medical school I have faced a number of challenges in meeting my own goals for success as a student However over the past few months being there things in my life have not improved significantly to allow me to position myself to become a successful student at the medical school. There were two major issues that impacted my ability to not be successful at the medical school. First being that they never told me anything about paying back to the school being that they said that they will cover for everything without a payback fee. Also never to inform me that they moved to another location with no notice. Second I am currently unemployed, Homeless and have no sort of income the mailing address that I receive is located at my fathers apartment where I am not allowed to stay because it is a senior citizen building. I sincerely ask that if this situation can be possibly Discharged Due to my financial situation

From

Michael Truitt

Michael Truitt
117 Martha Pl. Apt #7
Franklin Square, NY 11010

MID-ISLAND NY 117
22 JUN 2005 PM 7 L

Clerk of The Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

94102-348999