XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
DANIEL A. OSBORN (SBN 311037)
CHRISTOPHER M. LAPINIG (SBN 322141)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6348
 Fax: (213) 897-4951
 Email: amos.hartston@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

[See signature page for the complete list of parties represented. Civ. L.R. 3-4(a)(1).]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **AMERICAN FEDERATION OF TEACHERS**, et al., <br><br>            Plaintiffs, <br><br>     v. <br><br> **ELISABETH DEVOS**, et al., <br><br>            Defendants. | Case No. 20-cv-00455-EJD |
| **THE PEOPLE OF THE STATE OF CALIFORNIA**, <br><br>            Plaintiff, <br><br>     v. <br><br> **BETSY DEVOS**, et al., <br><br>            Defendants. | Case No. 20-cv-01889-EJD <br><br> **JOINT STIPULATION RE MOTION FOR PARTIAL RECONSIDERATION BRIEFING AND [**~~PROPOSED~~**] ORDER** <br><br> Judge:     Hon. Edward J. Davila |

**JOINT STIPULATION**

The parties to the above-captioned actions submit this Joint Stipulation re Motion for Partial Reconsideration Briefing related to the Motion for Partial Reconsideration filed by Defendants Secretary Betsy DeVos and the United States Department of Education ("Defendants" or "ED"). (Cal. Dkt. 34; AFT Dkt. 36.)

During the October 1, 2020, Case Management Conference, the Court ordered the parties to meet and confer about a proposed briefing schedule for review and approval by the Court. (Cal. Dkt. 33; AFT Dkt. 35.) The Court expressed its inclination to keep the matters being considered to those raised in Defendants' motion for partial reconsideration brief, and to not schedule further briefing by Defendants at this time or a further hearing. The Court seeks to provide Plaintiffs the opportunity to respond to Defendants' arguments.

Plaintiffs propose to file their responses to Defendants' Motion for Partial Reconsideration on or before Thursday, October 22, 2020, limiting issues addressed to those raised by Defendants' motion. The Plaintiffs plan to file separate briefs in their respective cases.

Dated: October 5, 2020                           Respectfully submitted,

                                                 /s/ Bernard A. Eskandari
                                                 BERNARD A. ESKANDARI
                                                 Supervising Deputy Attorney General
                                                 AMOS E. HARTSTON
                                                 DANIEL A. OSBORN
                                                 Deputy Attorneys General

                                                 *Attorneys for Plaintiff the People of the State of California*


                                                 /s/ Daniel A. Zibel
                                                 DANIEL A. ZIBEL*
                                                 AARON S. AMENT*
                                                 ROBYN K. BITNER*
                                                 NATIONAL STUDENT LEGAL DEFENSE
                                                 NETWORK
                                                 1015 15th Street N.W., Suite 600
                                                 Washington, D.C. 20005
                                                 dan@defendstudents.org

1

Joint Stipulation re Motion for Partial Reconsideration Briefing and [Proposed] Order
Case Nos. 20-cv-00455-EJD, 20-cv-01889-EJD

aaron@defendstudents.org
robyn@defendstudents.org
Tel: (202) 734-7495

GLENN ROTHNER (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*Attorneys for Plaintiffs American Federation of Teachers, California Federation of Teachers, Isai Baltezar, and Julie Cho*

\*Admitted *Pro Hac Vice*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel: (202) 616-8475
Email: kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

**ORDER RE BRIEFING SCHEDULE**

The above JOINT STIPULATION RE MOTION FOR PARTIAL RECONSIDERATION BRIEFING is approved. Plaintiffs shall file their respective responses to Defendants' Motion for Partial Reconsideration on or before Thursday, October 22, 2020.

**IT IS SO ORDERED.**

Dated: October 6, 2020

EDWARD J. DAVILA
United States District Judge