# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **USDC for the Northern District of California**

U.S. District Court case number: **20-cv-01889-EJD**

Date case was first filed in U.S. District Court: **03/18/2020**

Date of judgment or order you are appealing: **09/29/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

The People of the State of California

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

California Department of Justice

300 S. Spring St., STE 1702

City: Los Angeles   State: CA   Zip Code: 90013

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Bernard A. Eskandari   **Date** Nov 23, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

The People of the State of California

Name(s) of counsel (if any):

Bernard A. Eskandari

Address: 300 S. Spring St., STE 1702, Los Angeles, CA 90013

Telephone number(s): (213) 269-6348

Email(s): bernard.eskandari@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Miguel Cardona, in his official capacity as Secretary of Education; and United States Department of Education

Name(s) of counsel (if any):

Kathryn L. Wyer

Address: 1100 L St., N.W., Room 12014, Washington, DC 20005

Telephone number(s): (202) 616-8475

Email(s): kathryn.wyer@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*