FILED

MAR 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants-Appellees. | No.   21-16980<br><br>D.C. No. 5:20-cv-01889-EJD<br>Northern District of California, San Jose<br><br>ORDER |

Before:  FRIEDLAND, VANDYKE, and MENDOZA, Circuit Judges.

Appellant's unopposed motion to vacate (Docket Entry No. 23) is granted. We dismiss this appeal as moot and remand to the district court with instructions to vacate its September 3, 2020 and September 29, 2021 orders as they relate to appellant and dismiss appellant's claims without prejudice.  *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950).

OSA177