UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

BETSY DEVOS, et al.,

Defendants.

Case No.   5:20-cv-01889-EJD

**ORDER VACATING ECF NOS. 29, 40 AND DISMISSING CASE WITHOUT PREJUDICE**

Re: Dkt. Nos. 29, 40

On March 26, 2024, the Ninth Circuit dismissed Plaintiff's appeal as moot and remanded to this Court with instructions to vacate its September 3, 2020, Order granting in part and denying in part Defendants' motion to dismiss  (ECF No. 29) and September 29, 2021, Order granting in part and denying in part Defendants' motion for partial reconsideration (ECF No. 40) as they relate to Plaintiff and dismiss Plaintiff's claims without prejudice.  ECF No. 46.

Pursuant to the Ninth Circuit's Order, the Court **VACATES** ECF Nos. 29 and 40 as they relate to Plaintiff and **DISMISSES** Plaintiff's claims without prejudice.

The Clerk of Court is instructed to close this file.

**IT IS SO ORDERED.**

Dated: March 27, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-01889-EJD
ORDER VACATING ECF NOS. 29, 40 AND DISMISSING CASE WITHOUT PREJUDICE
1

United States District Court
Northern District of California